AO245B  Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 22 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | |
| VERNON TAYLOR <br> (Defendant's Name) | Criminal Number: 5:93CR50053-01 <br> 5:94CR50016-01 |
| | USM Number: 06-882-035 |
| | BETTY MARAK <br> Defendant's Attorney |

COPY SENT
DATE 10/23/07
BY BKC
TO: 30+ USM
30+ USPO

## THE DEFENDANT:

[✓]  The defendant contested to violation of conditions of supervision as outlined in the Petition for Summons for Offender Under Supervision filed by the Probation Officer on 9/25/07.

It is the finding of the Court that the defendant has violated the conditions of his supervised release as outlined in the Petition for Summons filed by the probation Officer on 9/25/07. The Court finds that in accordance with the U. S. Sentencing Commission Guidelines Manual, the defendant has committed a Grade B violation and a Grade C violation of his supervised release and having a Criminal History Category of VI.

The manual's policy statement suggest an imprisonment range of 21 to 27 months for defendant committing a Grade B violation of Supervised Release and having a Criminal History Category of VI.

The period of supervised release imposed on 5/18/94 it is hereby revoked. No additional term of Supervised Release is ordered.

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 18, 2007
Date of Imposition of Sentence

_Signature of Judicial Officer_

DONALD E. WALTER, United States District Judge
Name & Title of Judicial Officer

10/22/07
Date

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:    VERNON TAYLOR
CASE NUMBER:    5:93CR50053-01 and 94CR50016-03

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___  [] a.m.   [] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL